UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| FREDERICK LOUIS WARD, | 03:10-cv-00306-LRH-RAM |
| Plaintiff, | |
| vs. | <u>MINUTES OF THE COURT</u> |
| | September 26, 2011 |
| GEMMA GREENE WALDRON; et al., | |
| Defendants | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

  This matter is currently on appeal before the Ninth Circuit Court of Appeals, and the briefing schedule is ongoing. While the matter is before the Ninth Circuit, this court no longer has jurisdiction.

  For the convenience of the parties and the court's administrative purposes, all current open motions (##42, 44, 48, 49, 51, 52, 55, 56, 60, 63, 69, 70, 73, 75, 77, 78, 81, 83, 84), which were filed after judgment was entered and some of which are directed to the Ninth Circuit, shall be terminated without prejudice by the Court Clerk as moot. Plaintiff shall be granted leave to renew any motions pertaining to the United States District Court should the Ninth Circuit Court of Appeals act favorably to Plaintiff in the pending appeal.

  IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:    /s/
   Deputy Clerk