UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| FREDERICK LOUIS WARD, ) | |
| ) | 03:10-cv-00306-LRH-RAM |
| Plaintiff, ) | |
| ) | MINUTES OF THE COURT |
| vs. ) | |
| ) | September 12, 2013 |
| GEMMA GREENE WALDRON; et al., ) | |
| ) | |
| Defendants ) | |

PRESENT:
THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):        NONE APPEARING

COUNSEL FOR DEFENDANT(S):        NONE APPEARING

MINUTE ORDER IN CHAMBERS:

It appearing that this action was dismissed upon the granting of the Defendant's motion to dismiss and that the Ninth Circuit Court of Appeals affirmed the dismissal on November 20, 2012 (doc. #117), that the mandate was entered by the court on December 13, 2012 (doc. # 119) and that this action was fully terminated as of that date, Plaintiff's Motion for Leave to File Second or Successive Petition (doc. #120) and Motion for an Order for Service (doc. #121) are moot and shall be, and hereby are, DENIED as moot.

IT IS FURTHER ORDERED that this action is closed and no further filings shall be accepted or docketed by the Court Clerk.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:        /s/
       Deputy Clerk